UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LI HAN

V.

SECRETARY OF US DHS
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ 0890 (LAK)(RLE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*
_____
_____

__ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

__ Habeas Corpus

__ Social Security

X Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: __

* Do not check if already referred for general pretrial.    ELLIS

SO ORDERED.

DATED: New York, New York
        2/14/08

_____
United States District Judge